**Order entered December 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01352-CV

**LARRY G. MCCLENDON, Appellant**

**V.**

**BOBBY SPRINGFIELD, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00488**

## ORDER

Before the Court is appellant's December 1, 2016 motion to abate appeal. The motion is

**DENIED**.


/s/     ELIZABETH LANG-MIERS
           JUSTICE